UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN JUSTIN SMITH, | CASE NO. 2:21-cv-00940-TL |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JEFFREY UTTECHT, | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On April 13, 2022, United States Magistrate Judge S. Kate Vaughan filed a Report and Recommendation on the Petitioner's Second Amended Petition for Writ of Habeas Corpus. Dkt. No. 37. The Parties then had twenty-one (21) days to file objections. On May 3, the date objections were due, Petitioner filed a motion to extend the time to file objections. Dkt. No. 38. Specifically, Petitioner requested an additional six (6) weeks to prepare and file objections. *Id.* Petitioner also requested the Court set a date certain for the new objections deadline to ensure

Petitioner priority access to the prison law library. *Id.* Petitioner's motion was noted for consideration on May 20, 2022. Respondent did not file any opposition to Petitioner's request for additional time. Upon consideration of Petitioner's motion, the Court hereby ORDERS that

    (1)  Petitioner shall have an additional **six (6) weeks** from the date of this minute order, **by no later than July 5, 2022**, to file objections to the Report and Recommendation at Dkt. No. 37.

    (2)  The Clerk shall reset the noting date for the Report and Recommendation to July 6, 2022.

    (3)  The Clerk is further directed to forward a copy of this Minute Order to all counsel of record.

The Court also received Petitioner's notice of intent to amend his motion for an extension on May 24, 2022. Dkt. No. 39. Pursuant to the above Order, Petitioner's proposed amendment is not necessary. Petitioner shall not file an amended motion. If an amended motion is filed before this Minute Order is posted or received by Petitioner, the Clerk is directed to strike it as moot.

Dated this 23rd day of May 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk