UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN JUSTIN SMITH, | CASE NO. 2:21-cv-00940-TL |
| Petitioner(s), | ORDER OF REFERENCE |
| v. | |
| JEFFREY UTTECHT, | |
| Respondent(s). | |

    This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:21-cv-00940-TL-SKV. Currently pending before this Court is the Report and Recommendation filed by the Honorable S. Kate Vaughan, United States Magistrate Judge. Dkt. No. 37.

    Pursuant to 28 U.S.C. § 636(b), Local Magistrate Judge Rules ("MJR") 4(b) and 6, and Amended General Order 02−19, the Court hereby refers to Judge Vaughan all other matters, including the pending motion at Dkt. No. 43. Federal Rule of Civil Procedure 72(b) governs any objections to Judge Vaughan concerning any matter herein referred. *See also* MJR 4(b).

Accordingly, the Court ORDERS that the above-entitled action be referred to Judge Vaughan for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Judge Vaughan to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

Additionally, pursuant to the Court's Order at Dkt. No. 46, the Court DIRECTS the Clerk to amend Dkt. No. 42 to reflect that it is being considered as Petitioner's Objections to the Report and Recommendation (Dkt. No. 37) which has been re-noted for consideration on August 19, 2022.

Dated this 5th day of August 2022.

Tana Lin
United States District Judge